IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| **LISA McCLAIN,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO.:** |
| v. | : | |
| | : | 2:13-CV-1547-CDJ |
| **RBS CITIZEN'S BANK, N.A., et al.,**[1] | : | |
| | : | |
| **Defendants** | : | |

ORDER

**AND NOW,** this 30th day of September, 2014, it is hereby **ORDERED** that defendants' motion to dismiss, (Doc. No. 20), will be **GRANTED IN PART** and **DENIED IN PART**. It will be **GRANTED** insofar as it seeks dismissal of Count I (Negligent Infliction of Emotion Distress), Count II (Public Disclosure), Count III (Intrusion Upon Seclusion), and Count VIII (Punitive Damages). Those claims are **DISMISSED WITH PREJUDICE**. Defendants' motion to dismiss will be **DENIED** in all other respects.

BY THE COURT:

/s/ C. Darnell Jones, II  J.
C. DARNELL JONES, II  J.

---

[1] The caption of this case incorrectly spells RBS Citizens Bank, N.A. and Citizens Bank of Pennsylvania with an apostrophe.